# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

**DOCKET NO. 3:95-cv-00005-FDW**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | |
| ) | |
| **WILLIAM EDWARD MATTHEWS,** ) | **ORDER** |
| ) | |
| **Defendant.** ) | |
| ) | |

THIS MATTER comes now before the Court upon Defendant's Motion to Alter Terms of Supervision (Doc. No. 727). Defendant's Motion is hereby GRANTED.

Defendant is currently serving a term of four months in a halfway house, located in Charlotte, North Carolina, for violation of his supervised release. This location has presented logistical difficulties for Defendant, as he works in Columbia, South Carolina, and must commute the distance to and from work each day. Defendant, with the support of United States Probation Officer Clifton Johnson, suggests that he be allowed to reside in South Carolina while still being subject to the Probation Office of this District. The Court agrees with this balance—that Defendant should be encouraged in his employment but that he must remain under the supervision of the Probation Office. The Court therefore GRANTS Defendant's Motion and alters the terms of his supervision to allow for him to reside in South Carolina. However, Defendant's residency in South Carolina will be subject to drug testing by U.S. Probation Officers from this district or by Code-A-Phone.

IT IS SO ORDERED.

Signed: March 25, 2008

Frank D. Whitney
United States District Judge